# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-389
_____

HILDE I. CLEMENTS, SONJA M.
CLEMENTS, SHARON NICKERSON,
JAMES WALLACE, WARREN
POSTON and CARRIE PADGETT,

    Petitioners,

    v.

WALTON COUNTY, acting by and
through its Zoning Board of
Adjustments,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 9, 2020

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Elizabeth C. Billhimer of Clark Partington, Destin, for Petitioners.

Hayward Dykes, Jr. of Hand Arendall Harrison Sale, Destin, for Respondent.